STATE of Missouri, Respondent,

v.

**David A. RIMMER, Appellant.**

No. WD 53651.

Missouri Court of Appeals,
Western District.

June 24, 1997.

David R. Deal, Chillicothe, for Appellant.

Forrest K. Wegge, Sp. Pros. Atty., Carroll County, Richmond, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM:

David A. Rimmer appeals from his conviction by jury of one count of possession of no more than thirty-five grams of marijuana, § 195.202.3, RSMo 1994, and one count of possession of drug paraphernalia with intent to use, § 195.233, RSMo 1994.

Judgment affirmed. Rule 30.25(b).

Steven Mack POWERS, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 53229.

Missouri Court of Appeals,
Western District.

June 24, 1997.

Judith C. LaRose, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM:

Steven Mack Powers appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief. We affirm. Rule 84.16(b).